■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM VASQUEZ, Appellant. [615 NYS2d 992] —Judgment, Supreme Court, New York County (Clifford Scott, J., at hearing and sentence; Peter McQuillan, J., at plea), rendered March

12, 1992, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a persistent violent felon, to an indeterminate term of 2½ to 5 years, unanimously affirmed.

By pleading guilty, defendant forfeited his right to seek reversal of his conviction on the ground of the inadmissibility of the identification testimony because the prosecution failed to timely provide the required notice of photo array identification (see, People v Taylor, 65 NY2d 1, 3). Concur—Sullivan, J. P., Carro, Ellerin, Asch and Tom, JJ.